WARNER QUINLAN COMPANY, Respondent, v. H. S. SMERKINS, INC., and Others, Appellants.— Order denying motion to require plaintiff to state separately and number its causes of action affirmed, with twenty-five dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein upon payment of costs. The trade acceptances which are the basis of the first cause of action were all given at one time and are properly pleaded in a single cause of action. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.